IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MADINA FERNANDES, | : | Case No. 3:17-CV-277 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 17),
ADOPTING REPORT AND RECOMMENDATIONS (DOC. 15),
AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING,
AND TERMINATING THIS CASE**

This case is before the Court on the Objections (Doc. 17) filed by Plaintiff Madina Fernandes ("Plaintiff") to Magistrate Judge Sharon L. Ovington's Report and Recommendations ("Report") (Doc. 15). Magistrate Judge Ovington recommended that the decision denying Plaintiff's application for Supplemental Security Income be affirmed. Plaintiff filed Objections (Doc. 17) to the Report, which re-asserted the same arguments in her appeal concerning the ALJ's consideration of the opinions of Plaintiff's treating mental health professionals. The Commissioner has not responded to the Objections, but the Court deems no response necessary based upon its review of the record. This matter is therefore ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court

finds that Plaintiff's Objections (Doc. 17) to the Report (Doc. 15) are not well-taken and are hereby **OVERRULED**.  The Court **ADOPTS** the Report (Doc. 15) and **AFFIRMS** the Commissioner's decision denying Plaintiff's application for Supplemental Security Income (protectively filed on August 2, 2012).  This case is hereby **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, August 13, 2018.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE